UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

                              CHAPTER 13 PROCEEDING
**KELLY A. DEE, SR.**               CASE NUMBER: 14-21648
**JILLIAN A. DEE**                  HONORABLE DANIEL S. OPPERMAN
  **Fka Jillian A. Chapnick**

      **Debtors**
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

     NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtor(s) Chapter 13 Plan as follows:

     1. The debtor(s) have failed to provide documentation is support of debtors' income as recited on Schedule I pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

     WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated: August 14, 2014

                                                  /s/Thomas W. McDonald, Jr.
                                                  Thomas W. McDonald, Jr. (P32464)
                                                  Chapter 13 Trustee
                                                  3144 Davenport
                                                  Saginaw, Michigan 48602
                                                  Telephone: (989) 792-6766
                                                  ecf@mcdonald13.org

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

                           CHAPTER 13 PROCEEDING
**KELLY A. DEE, SR.**                CASE NUMBER: 14-21648
**JILLIAN A. DEE**                   HONORABLE DANIEL S. OPPERMAN
  Fka Jillian A. Chapnick

     **Debtors.**
_____/

### CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION

     I, the undersigned, do hereby certify that on August 14, 2014, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

Email: mike@mikeshovan.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Kelly & Jillian Dee
5843 Garfield Road
Saginaw, Michigan 48603

                                      /s/JJ Wooten
                                      JJ Wooten
                                      Office of Thomas W. McDonald, Jr.
                                      Chapter 13 Trustee
                                      3144 Davenport
                                      Saginaw, Michigan 48602
                                      Telephone: (989) 792-6766
                                      ecf@mcdonald13.org